THE ADIRONDACK TRUST COMPANY, Respondent, *v.* NABOB CONSOLIDATED MINING COMPANY et al., Appellants.

*Appeal — failure to file undertaking.*

*Adirondack Trust Co.* v. *Nabob Consolidated Mining Co.* (2 cases), 197 App. Div. 910, appeals dismissed.

(Submitted November 21, 1921; decided November 29, 1921.)

MOTIONS to dismiss two separate appeals, the first from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1921, which affirmed an order of Special Term, denying a motion by one of the defendants for an extension of time to answer and vacating and setting aside a prior order extending the time to answer of the other defendant. The second from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1921, which affirmed an order of Special Term denying a motion to vacate the judgment herein

and to compel the acceptance by the plaintiff of the answer of the defendant Stewart Milling Company.

The motions were made upon the ground that the required undertakings had not been filed.

*W. E. Bennett* for motion.

No one opposed.

Motion in each case granted and appeal dismissed, with costs and ten dollars costs of motion.